IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VALERIE DESALVO,<br>BOP # 75979-510,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | MOTION TO VACATE<br>28 U.S.C. § 2255<br><br>CRIMINAL ACTION NO.<br>1:23-CR-0260-SCJ-02<br><br>CIVIL ACTION NO.<br>1:25-CV-0427-SCJ-JEM |

**ORDER**

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate J. Elizabeth McBath [Doc. 70], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court.

Accordingly, it is hereby **ORDERED** that Movant Valerie Desalvo's *pro se* motion under 28 U.S.C. § 2255 [Doc. 50] is **DENIED** and a Certificate of Appealability is **DENIED**. It is **FURTHER ORDERED** that civil action number 1:25-CV-0427-SCJ-JEM is **DISMISSED**.

**IT IS SO ORDERED**, this 28th day of October, 2024.

STEVE C. JONES
UNITED STATES DISTRICT JUDGE